**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Quinshela Turner
(Please print)

STREET ADDRESS: 8051 So Dorchester

CITY/STATE/ZIP: Chicago IL 60619

PHONE NUMBER:

CASE NUMBER: 08CV835
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS

Signature

2/7/2008
Date