FILED
MAR 2 1 2008  NF
MAR 21 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATE DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUINSHELA TURNER,<br>    Plaintiff,<br>vs.<br>JACKSON PARK HOSPITAL et al, J. Madhani, M.D., D. Mufuka M.D., T. Siddiqui, M.D., Anil. Gulati, M.D.,, W. Abbound, M.D., J.P. Cullen M.D. , P.C. Kumar. M.D.,, M.A. Wilcsynski, P.C. Kucharskim, M.D.., Any unknow parties that participated in the health care of Lugean Turner,<br>    Defendants | CASE 08 C 835<br><br>Judge Zagel<br><br>Circuit Court of Cook County, No. 07 L 7806 |

### NOTICE OF APPEAL

Notice is hereby given that Quinshela Turner Plaintiff in the above name case, hereby appeal to the United States Court of Appeal for the Seven Circuit From an Final order, judgment enter in this action on March 21, 2007.

1. I Quinshela Turner Pro-se Plaintiff file an Law suit against the above Defendants in this case on July 26, 2007, in the Circuit Court of Cook County case 07 L 7806.

2. On February 7, 2008, Plaintiff file a Motion for Removal For Cause. base on violation of her constitutional , due process and equal right and protection, including not being able to receive a full and fair herring in the state court where judges were bias and prejudice against pro-se litigants. where the judge appear to be political bound to protect the interested of Jackson Park Hospital et al  a removal  for cause to the district  is proper.

3. On February 21, 2008 Judge Zagel dismiss the Plaintiff Removal for Cause, without addressing the removal for Cause issues, an apparently to protect the interested of the state judges who has violated the Plaintiff constitution and

civil rights. Acting as an advocate for the Defendants and the State Court judges. Blocking the Plaintiff from proceeding with her case.

4. On February 29, 2008 Plaintiff file a Motion for Reconsideration, pointing to illegal and constitution errors. Judge Zagel denied the Plaintiff Motion for reconsideration, For reason that has noting to do with the removal for cause. and fail to address the issue in the Motion for reconsideration. Judge Zagel denied the motion for reconsideration on issue also that had nothing to do this case. in fact his order appeal to be address to someone other than the Plaintiff.

5. Plaintiff never mention in her Motion for removal for Cause, or her Motion for reconsideration that she has intended to file a lawsuit against the state judges.

6. Further The Defendants attorneys never address the issue which lead the Plaintiff to believe that there were ex parte communication with the defendants attorney or the judge regarding this Removal For Cause.

Further this court has denied the Pro-se Plaintiff access to this court and the Judge has acted as an advocate for the defendants and the judges there by denying the pro-se plaintiff due process of the law and access to the court and an impartial judge.

Respectfully Submitted

Quinshela Turner

**Proof of Mailing**

I certify that I had place a copy of this notice in the Unites State mail on March 21, 2008 to;

To:   Dykema Gossettt                    Swanson Martin & Bell
      10 S. Wacker Dr. Ste. 2300         1860 W. Winchester, ste 201
      Chicago Il 60606                   Liberty ville Il 60048

      Stamos & Trucco                    Querre & Harrow, Ltd
      30 W. Monroe, suite 1600           175 West Jackson Boulevard Suite 1600
      Chicago Illinois 60603             Chicago Illinois 60604

      Copy to   circuit Court of Illinois