FILED

IN THE UNITED STATES COURT OF APPEAL  MAR 2 1 2008    NR
FOR THE SEVENTH CIRCUIT

MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

QUINSHELA TURNER,
           Plaintiff,

    vs.

JACKSON PARK HOSPITAL et al, J.
Madhani, M.D., D. Mufuka M.D., T. Siddiqui,
M.D., Anil. Gulati, M.D.., W. Abbound, M.D.,
J.P. Cullen M.D. , P.C. Kumar. M.D.,, M.A.
Wilcsynski, P.C. Kucharskim, M.D.., Any
unknow parties that participated in the health
care of Lugean Turner,
        Defendants

CASE 08 C 835

Judge Zagel

Circuit Court of Cook County, No. 07 L 7806

**Docket Statement**

1.    An appeal was file on March 21, 2007, from an final order of the District
Court, case 08 C 835 date February 21, 2008,

2.  The United Stated Court O Appeal has jurisdiction over the proceeding from a
District Court from where this appeal is taken.

3.  An appeal may be taken in the civil case after a final judgment has been enter
Fed. R. Civ 58.

4.  On February 21, 2007 the District Court acted as an advocate for the Defendants
Jackson Park Hospital et al and dismiss Mrs. Turner Motion for removal for
Cause. with out addressing the issue.

5.  Federal Rules of Appellate Procedure, provide that a party who is granted
Informal Pauper status at the District Court level may proceed on appeal with
out further authorization Rule 24 (a)(3).

6.  Pursuant to fed. R. App P. 24 (a)(3), Quinshela Turner request that her informal
pauper status on appeal with out further authorization , See also 28 U.S. C 1915
(a)(any court of the United States may authorize the commencement , prosecution

of defense of any suit, action or proceeding civil or criminal or appeal therein without prepayment of fees of security there of"

7.   I Quinshela Turner request Pursuant to 28 U.S.C. 1915 (e) that appellate counsel be assigned to the various meritorious  appellate issue because is appear that pro-se litigant are not favor.

8051 South Dorchester
Chicago Illinois 60619
QUINSHELA TURNER

## PROOF OF MAILING

I certify that I had place a copy of the above in the Unites States mail on January 25, 2008

To:    Dykema Gossettt               Swanson Martin & Bell
       10 S. Wacker Dr. Ste. 2300    1860 W. Winchester, ste 201
       Chicago Il 60606              Liberty ville Il 60048

       Stamos & Trucco               Querre & Harrow, Ltd
30 W. Monroe, suite 1600    175 West Jackson Boulevard Suite 1600
       Chicago Illinois 60603        Chicago Illinois 60604