IN THE UNITED STATES COURT OF APPEAL
FOR THE SEVENTH CIRCUIT

**FILED**
MAR 2 1 2008  NF
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

QUINSHELA TURNER,
    Plaintiff,

vs.

JACKSON PARK HOSPITAL et al, J. Madhani, M.D., D. Mufuka M.D., T. Siddiqui, M.D., Anil. Gulati, M.D.,, W. Abbound, M.D., J.P. Cullen M.D. , P.C. Kumar. M.D.,, M.A. Wilcsynski, P.C. Kucharskim, M.D.., Any unknow parties that participated in the health care of Lugean Turner,
    Defendants

CASE 08 C 835

Circuit Court of Cook County, No. 07 L 7806
**Removal for cause**

### ITEMS TO BE INCLUDED ON APPEAL

1. Plaintiff Quinshela Turner Request that this court include

2. Plaintiff Notice Of Removal For Cause. With exhibits

3. Judge Zagel order dismissing Plaintiff Notice of Removal For Cause.

4. Plaintiff Motion For Reconsideration with exhibits

5. Judge Zagel order denying Plaintiff Motion For reconsideration

6. and all other documents file in this court with respect to this 08 C 835

8051 South Dorchester
Chicago Illinois 60619
QUINSHELA TURNER

**PROOF OF MAILING**

I certify that I had place a copy of the above in the Unites States mail on January 25, 2008

To:  Dykema Gossettt
      10 S. Wacker Dr. Ste. 2300
      Chicago Il 60606

Swanson Martin & Bell
1860 W. Winchester, ste 201
Liberty ville Il 60048

      Stamos & Trucco
30 W. Monroe, suite 1600
      Chicago Illinois 60603

Querre & Harrow, Ltd
175 West Jackson Boulevard Suite 1600
Chicago Illinois 60604