**FILED**
**MARCH 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                 (312)435-5850

**To:**  District Court Clerk's Office

**Re:**  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 3/24/08 |
| Appellate Court No.: | 08-1698 |
| Short Caption: | Turner, Quinshela v. Jackson Park Hospital |
| District Court Judge: | Judge Zagel |
| District Court No.: | 08 C 835 |

If you have any questions regarding this appeal, please call this office.

**cc:**  **Lara**