# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FILED
MARCH 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTIFICATION: NO APPELLEE(S) SERVED

Date: March 24, 2008

No. 08-1698

QUINSHELA TURNER,
        Plaintiff - Appellant

v.

JACKSON PARK HOSPITAL, J. MADHANI, M.D., D. MUFUKA, M.D. et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 08 C 835, James B. Zagel, Judge

To:    Quinshela Turner
        8051 S. Dorchester
        Chicago, IL  60619

     The above captioned appeal was filed in this court this date.  This is notification that there is no appellee(s) or counsel for the appellee(s) to be served in this appeal.  This appeal will be submitted for decision without the filing of a brief by the appellee(s).

(1159-013194)