# United States District Court
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                 312-435-5670

April 15, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Turner -v- Jackson Park Hospital

U.S.D.C. DOCKET NO. : 08 cv 835

U.S.C.A. DOCKET NO. : 08 - 1698

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)             *1 Volume of Pleadings*

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                             D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Turner -v- Jackson Park Hospital.

USDC NO.   : 08 cv 835

USCA NO.   : 08 - 1698

                               IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 15th day of Apr. 2008.

                               MICHAEL W. DOBBINS, CLERK

                               By: _____
                                   D. Jordan, Deputy Clerk

APPEAL, KEYS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00835
## Internal Use Only

Turner v. Jackson Park Hospital et al
Assigned to: Honorable James B. Zagel
Demand: $9,999,000

Case in other court: 08-01698

Circut Court of Cook County, Illinois, 2007L007806

Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/21/2008
Date Terminated: 02/21/2008
Jury Demand: Plaintiff
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Quinshela Turner**  represented by **Quinshela Turner**
8051 South Dorchester
Chicago, IL 60619
PRO SE

V.

**Defendant**

**Jackson Park Hospital**

**Defendant**

**J Madhani**
*M.D.*

**Defendant**

**D. Mufuka**
*M.D.*

Page 1 of 4

**Defendant**

**T Siddiqui**
*M.D.*

**Defendant**

**Anil Gulati**
*M.D.*

**Defendant**

**W Abbound**
*M.D.*

**Defendant**

**J P Cullen**
*M.D.*

**Defendant**

**P C Kumar**
*M.D.*

**Defendant**

**M.A. Wilcsynski**

**Defendant**

**P C Kucharski**
*M.D.*

**Defendant**

**Unknown Parties**
*Any; that participated in the health*
*care of Lugean Turner*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2008 | 1 | RECEIVED NOTICE of Removal Petition from Circuit Court of Cook County, Illinois with copy of complaint and summons, case number |

| | | |
|---|---|---|
| | | (2007L007806) and no copies by Plaintiff Quinshela Turner (Exhibits). (Attachments: #(1) Exhibit T).(smm) (Poor Quality Original - Paper Document on File.) (Entered: 02/11/2008) |
| 02/07/2008 | 2 | CIVIL Cover Sheet. (smm) (Entered: 02/11/2008) |
| 02/07/2008 | 3 | PRO SE Appearance by Plaintiff Quinshela Turner. (smm) (Entered: 02/11/2008) |
| 02/07/2008 | 4 | APPLICATION and financial affidavit by Plaintiff Quinshela Turner for leave to proceed in forma pauperis. (smm) (Entered: 02/11/2008) |
| 02/21/2008 | 5 | MINUTE entry before Judge James B. Zagel : The application for leave to proceed in forma pauperis is granted. 4 The motion to remove the case from state court is denied. The case is dismissed for lack of federal jurisdiction. Civil case terminated. Mailed notice (hp, ) (Entered: 02/22/2008) |
| 02/29/2008 | 6 | MOTION by Plaintiff Quinshela Turner for reconsideration regarding order on motion for leave to proceed in forma pauperis, terminate motion and R&R deadlines/hearings, terminate deadlines and hearings, terminated case, 5 (Exhibit). (smm) (Entered: 03/04/2008) |
| 03/11/2008 | 7 | MINUTE entry before Judge James B. Zagel : The Motion for reconsideration 6 is denied. (For further detail see text below.) Mailed notice (hp, ) (Entered: 03/12/2008) |
| 03/21/2008 | 8 | NOTICE of appeal by Quinshela Turner regarding orders 7 (ifp) (dj, ) (Entered: 03/24/2008) |
| 03/21/2008 | 9 | DOCKETING Statement by Quinshela Turner regarding notice of appeal 8 (dj, ) (Entered: 03/24/2008) |
| 03/21/2008 | 10 | DESIGNATION (items to be included) by Quinshela Turner of record on appeal (dj, ) (Entered: 03/24/2008) |
| 03/24/2008 | 11 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/24/2008)~~ |
| 03/24/2008 | 12 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 8 . Notified counsel (dj, ) (Entered: 03/24/2008)~~ |
| 03/24/2008 | 13 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 8 ; USCA Case No. 08-1698. (smm) (Entered: 03/28/2008)~~ |
| 03/24/2008 | 14 | ~~NOTIFICATION: No Appellee(s) served by USCA no. 08-1698. (smm) (Entered: 03/28/2008)~~ |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**

**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**